# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR128 |
| vs. | ) | |
| | ) | ORDER |
| NGOSI E. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed a Motion to Continue Trial [21], stating that the government "may have developed additional evidence not previously provided to the defense." Pursuant to NECrimR 12.1(b), "A motion to continue a trial of a criminal case shall be granted only for good cause shown."  I find that the defendant has not shown good cause for a continuance.  Nor can the court's calendar accommodate the defendant's request. Finally, the defendant has not filed a waiver of speedy trial as required by NECrimR 12.1. For these reasons,

**IT IS ORDERED** that defendant's motion to continue trial [21] is denied.

Pursuant to NECivR 72.2, a party may appeal this order  by filing a "Statement of Appeal of Magistrate Judge's Order" within ten (10) days after being served with the order. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a brief setting forth the party's arguments that the magistrate judge's order is clearly erroneous or contrary to law.  The filing of a statement of appeal does not automatically stay the magistrate judge's order pending appeal.  *See* NECivR 72.2(d).

DATED September 6, 2007.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**